# Exhibit 2

Charted Claims:

Non-Method Claim: 1

| US7714726 | DK13 Tablet ("Accused Product") |
|---|---|
| 1. A Radio Frequency (RF) device, comprising: a circuit; and | The accused product is a Radio Frequency (RF) device (e.g., the accused product), comprising a circuit (e.g., electronic circuit of the accused product).<br><br>As shown below, the accused product supports RF features such as Bluetooth, Wi-Fi, etc. and must comprise an internal circuit.<br><br><br><br>https://mildef.com/product/mildef-dk13/ |



https://mildef.com/wp-content/uploads/2025/06/dk13-brief.pdf

## Communication

- **WLAN/ Bluetooth®:**
    - Intel Dual Band wireless- AC 9260
    - Board Form Factor: M.2 2230 E-key Card
    - WLAN Certified: 802.11 a/b/g/n/ac
    - Bluetooth®: Supports Bluetooth® 5.0
    - Interface: PCIe (WLAN)/USB (Bluetooth®)

https://mildef.com/wp-content/uploads/2025/11/dk13-user-guide-250709.pdf

## Dimensions and Weight

- Dimensions (mm): 310 (L) x 255 (W) x 54 (H)
- Weight:  2.77 kg

> **Note:**
> ➢ Weight includes DRAM x 1, WLAN/Bluetooth® Module, GPS, 2nd GLAN Card, battery x 1, SSD x 1
> ➢ Weight and dimensions vary depending on system configurations.

https://mildef.com/wp-content/uploads/2025/11/dk13-user-guide-250709.pdf



Source: Test report of the accused product

| an antenna coupled to the circuit, wherein the antenna minimally affects electromagnetic RF fields surrounding | The accused product discloses an antenna (e.g., antennas for Bluetooth, Wi-Fi, etc.) coupled to the circuit (e.g., circuit of the accused product), wherein the antenna (e.g., antennas for Bluetooth, Wi-Fi, etc.) minimally affects electromagnetic RF fields surrounding the antenna (e.g., antennas for Bluetooth, Wi-Fi, etc.) even in the vicinity of the antenna (e.g., antennas for Bluetooth, Wi-Fi, etc.). |
|---|---|

| the antenna even in the vicinity of the antenna. | As shown below and as per belief, the accused product has antennas for Bluetooth and Wi-Fi and must be connected to its internal circuit. Wi-Fi enables internet access and Bluetooth enables connectivity to Bluetooth compatible devices. Bluetooth uses antenna of same frequency as Wi-Fi which is a standard frequency of 2.4 GHz that are configured to work simultaneously, they operate on separate antennas, ensuring minimal interference between them despite both of them operating in 2.4 GHz range.<br><br>**Communication**<br><br>● **WLAN/ Bluetooth®:**<br> - Intel Dual Band wireless- AC 9260<br> - Board Form Factor: M.2 2230 E-key Card<br> - WLAN Certified: 802.11 a/b/g/n/ac<br> - Bluetooth®: Supports Bluetooth® 5.0<br> - Interface: PCIe (WLAN)/USB (Bluetooth®)<br><br>https://mildef.com/wp-content/uploads/2025/11/dk13-user-guide-250709.pdf |

## Dimensions and Weight

- Dimensions (mm): 310 (L) x 255 (W) x 54 (H)
- Weight:  2.77 kg

*Note:*
- *Weight includes DRAM x 1, WLAN/Bluetooth® Module, GPS, 2nd GLAN Card, battery x 1, SSD x 1*
- *Weight and dimensions vary depending on system configurations.*

https://mildef.com/wp-content/uploads/2025/11/dk13-user-guide-250709.pdf



Source: Test report of the accused product

| Equipment | Tablet Computer |
|---|---|
| Model Name | DK13 |
| Brand Name | MilDef Crete Inc. |
| Model Difference | N/A |
| Power Source | # 1 Supplied from Li-Ion Rechargeable Battery Pack. <br># 2 DC voltage supplied from External Power Supply. |
| Power Rating | # 1 DC10.8V, 8700mAh, 94Wh <br># 2 Input: 100-240V~50-60Hz 1.2A MAX., Output: 19VDC, 4.7A |
| Products Covered | 1 * Adapter: PHIHONG / ATS090-P190 <br>1 * Module: Intel / 9260NGW <br>1 * Li-Ion Rechargeable Battery Pack: BD73C |
| Operation Frequency | 2412 MHz ~ 2472 MHz |
| Modulation Technology | IEEE 802.11b: DSSS <br>IEEE 802.11g: OFDM <br>IEEE 802.11n: OFDM |
| Transfer Rate | IEEE 802.11b: 11/5.5/2/1 Mbps <br>IEEE 802.11g: 54/48/36/24/18/12/9/6 Mbps <br>IEEE 802.11n: up to 300 Mbps |
| Output Power Max. | IEEE 802.11b: 22.53 dBm (0.1791 W) <br>IEEE 802.11g: 23.47 dBm (0.2223 W) <br>IEEE 802.11n (HT20): 25.27 dBm (0.3365 W) <br>IEEE 802.11n (HT40): 23.15 dBm (0.2065 W) |
| Test Model | DK13 |
| Sample Status | Engineering Sample |
| EUT Modification(s) | N/A |

NOTE:
(1) For a more detailed features description, please refer to the manufacturer's specifications or the user's manual.
(2) Channel List:

| Channel | Frequency (MHz) | Channel | Frequency (MHz) | Channel | Frequency (MHz) |
|---|---|---|---|---|---|
| 01 | 2412 | 06 | 2437 | 11 | 2462 |
| 02 | 2417 | 07 | 2442 | 12 | 2467 |
| 03 | 2422 | 08 | 2447 | 13 | 2472 |
| 04 | 2427 | 09 | 2452 | | |
| 05 | 2432 | 10 | 2457 | | |

(3) Table for Filed Antenna:

| Ant. | Brand | Model | Type | Connector | Frequency Range (MHz) | Gain (dBi) |
|---|---|---|---|---|---|---|
| Main | MilDef Crete Inc. | DK13 | PIFA Antenna | I-PEX | 2400-2500 | 2.9 |
| | | | | | 5150-5250 | 3.2 |
| Aux | MilDef Crete Inc. | DK13 | PIFA Antenna | I-PEX | 2400-2500 | 3.01 |
| | | | | | 5150-5250 | 3.66 |

Source: Test report of the accused product

## 2.1    DESCRIPTION OF EUT

| Equipment | Tablet Computer |
|---|---|
| Model Name | DK13 |
| Brand Name | MilDef Crete Inc. |
| Model Difference | N/A |
| Power Source | # 1 Supplied from Li-Ion Rechargeable Battery Pack.<br># 2 DC voltage supplied from External Power Supply. |
| Power Rating | # 1 DC10.8V, 8700mAh, 94Wh<br># 2 Input: 100-240V~50-60Hz 1.2A MAX., Output: 19VDC, 4.7A |
| Products Covered | 1 * Adapter: PHIHONG / ATS090-P190<br>1 * Module: Intel / 9260NGW<br>1 * Li-Ion Rechargeable Battery Pack: BD73C |
| Operation Frequency | 2402 MHz ~ 2480 MHz |
| Modulation Technology | GFSK |
| Transfer Rate | BLE 4.0: 1 Mbps<br>BLE 5.0: 2 Mbps |
| Output Power Max. | BLE 4.0: 8.93 dBm (0.0078 W)<br>BLE 5.0: 8.96 dBm (0.0079 W) |
| Test Model | DK13 |
| Sample Status | Engineering Sample |
| EUT Modification(s) | N/A |

Source: Test report of the accused product

(3)  Table for Filed Antenna:

| Ant. | Brand | Model | Type | Connector | Frequency Range (MHz) | Gain (dBi) |
|---|---|---|---|---|---|---|
| Main | MilDef Crete Inc. | DK13 | PIFA Antenna | I-PEX | 2400-2500 | 2.9 |
| | | | | | 5150-5250 | 3.2 |
| Aux | MilDef Crete | DK13 | PIFA Antenna | I-PEX | 2400-2500 | 3.01 |

Source: Test report of the accused product